# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131086(41)

KAREN RENNY and CHARLES RENNY,
     Plaintiffs-Appellees,

v

DEPARTMENT OF TRANSPORTATION,
     Defendant-Appellant.
_____

SC: 131086
COA: 257018
Ct of Claims: 03-000042-MT

       On order of the Chief Justice, the motion by the Michigan Municipal League, the Michigan Municipal League Liability & Property Pool and the Michigan Townships Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2007

_____
Clerk